IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICAH THOMAS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>AMERICAN FAMILY LIFE )<br>ASSURANCE COMPANY OF )<br>COLUMBUS, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:24cv674-MHT<br>(WO) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of September, 2025.

                            /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE